IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY BIANCHI, | : | CRIMINAL ACTION |
| | : | NO. 06-19 |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 12-363 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

**O R D E R**

**AND NOW**, this **14th** day of **November, 2012**, it is hereby **ORDERED** that the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF. No. 296) is **DENIED** and **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED** that a Certificate of Appealability will not issue.

**AND IT IS SO ORDERED.**

/s/ EDUARDO C. ROBRENO
**EDUARDO C. ROBRENO,    J.**